IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY STEINBERG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:09-cv-02291-K |
| | § | |
| BPO MANAGEMENT SERVICES, INC. | § | |
| F / K / A HEALTHAXIS, INC., | § | |
| JOHN CARRADINE, | § | |
| RON HERBERT, and | § | |
| PATRICK DOLAN, | § | |
| | § | |
| Defendants. | § | |
| | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED, ADJUDGED AND DECREED that the Defendants' motion to dismiss be, and it is hereby **GRANTED**, unless plaintiff files an amended complaint consistent with Fed. R. Civ. P. 11(b) which complies with the pleadings requirements and corrects the deficiencies noted in the United State Magistrate Judge's

recommendation.  Plaintiff's amended complaint shall be filed no later than **April 26, 2010.**

Failure to file the amended complaint will result in dismissal of this case.

Signed April 4th, 2010.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE