UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY STEINBERG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:09-cv-2291-K-AH |
| BPO MANAGEMENT SERVICES, INC., | § | |
| F/K/A HEALTHAXIS, INC., JOHN | § | |
| CARRADINE, RON HERBERT, and | § | |
| PATRICK DOLAN, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**To the Honorable Court:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Gary Steinberg and Defendants BPO Management Services, Inc. f/k/a Healthaxis, Inc., John Carradine, Ron Herbert, and Patrick Dolan hereby agree and stipulate to the dismissal with prejudice of all claims asserted by all parties.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| s/ Neil R. Burger | /s/ Gary Steinberg |
| Bruce W. Collins | Gary Steinberg |
|   Texas Bar No. 04604700 | Pro Se |
|   bcollins@ccsb.com | 3315 Concert Lane |
| Neil R. Burger | Margate, Florida 33063 |
|   Texas Bar No. 24036289 | Telephone: (762) 333-2863 |
|   nburger@ccsb.com | Email: healthaxisplaintiff@gmail.com |
| **CARRINGTON, COLEMAN, SLOMAN** | *Plaintiff* |
|   **& BLUMENTHAL, L.L.P.** | |
| 901 Main Street, Suite 5500 | |
| Dallas, Texas 75202 | |
| Telephone: (214) 855-3000 | |
| Facsimile: (214) 855-1333 | |
| *Attorney for Defendants* | |

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2011, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

                                            s/ Neil R. Burger
                                            Neil R. Burger